# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

        v.                               Crim. No. 2:13-CR-27-1FL

**JEFFREY W. SPINNEY**

      On February 8, 2013, the above named was placed on a term of supervised release for a period of 3 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                       /s/ Tuell Waters  
Dwayne K. Benfield                           Tuell Waters  
Supervising U.S. Probation Officer         U.S. Probation Officer  
                                                            201 South Evans Street, Rm 214  
                                                            Greenville, NC 27858-1137  
                                                            Phone: 252-830-2344  
                                                             Executed On: July 17, 2015

## ORDER OF COURT

      Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __21st__ day of __July__, 2015.

                                                             Louise W. Flanagan  
                                                              U.S. District Judge